# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. LISOWSKI, | : | Civil No. 3:15-cv-1143 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 14th day of November, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge